DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for The Bank of New York Mellon*
*fka The Bank of New York as Trustee for the*
*Benefit of the Certificate Holders of the CWALT,*
*Inc., Alternative Loan Trust 2004-2CB, Mortgage*
*Pass Through Certificates, Series 2004-2CB*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-2CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-2CB,<br><br>Plaintiff,<br><br>vs.<br><br>DOROTHY HARBER, an individual; BLACKROSE INVESTMENTS LLC, a Nevada limited liability company; DEVIATION INVESTMENTS LLC, a Nevada limited liability company; HAMPTON & HAMPTON COLLECTIONS LLC, a Nevada limited liability company; PACIFIC HARBORS-STONEGATE PROPERTY OWNERS ASSOCIATION, a Nevada non-profit corporation; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00065-APG-PAL<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE OPPOSITION TO PACIFIC HARBORS-STONEGATE PROPERTY OWNERS ASSOCIATION'S RENEWED MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

{42766695;1}
48016273;1

|   |   |
|---|---|
| | DEVIATION INVESTMENTS LLC, a Nevada limited liability company, |
| | Counterclaimant, |
| | vs. |
| | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2004-2CB, MORTGAGE PASS THROUGH CERTIFICATES, SERIES 2004-2CB; DOES I through X and ROE BUSINESS ENTITIES I through X, |
| | Counterdefendants. |

The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-2CB, Mortgage Pass Through Certificates, Series 2004-2CB (**BoNYM**) and Pacific Harbors-Stonegate Property Owners Association (**Pacific**), hereby stipulate and agree that BoNYM shall have an additional twenty-one (21) days, up to and including **March 22, 2019**, to file its response to Pacific's renewed motion to dismiss The Bank of New York Mellon's complaint, which is currently due on March 1, 2019, pursuant to ECF No. 36. Pacific's motion was filed on February 15, 2019.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

{42766695;1}
48016273;1

2

This is the parties' first request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 20th day of February, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| /s/Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>Attorneys for *The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWALT, Inc., Alternative Loan Trust 2004-2CB, Mortgage Pass Through Certificate, Series 2004-2CB* | /s/Ryan D. Hastings<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br><br>*Attorneys for Pacific Harbors-Stonegate Property Owners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Dated: February 21, 2019.

3