# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Bank of New York Mellon

                    Plaintiff,

    v.

Blackrose Investments, LLC, et al.,

                    Defendants.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-00065-APG-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of plaintiff Bank of New York Mellon and against Blackrose Investments, LLC as follows: It is hereby declared that any interest Blackrose Investments, LLC acquired in the property located at 2691 Juniper Hills #101 in Las Vegas, Nevada at the HOA foreclosure sale conducted on 9/9/2014 was subject to the deed of trust.

2/20/2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ M. Reyes  
Deputy Clerk